712

No. 237. WHEAT v. FORD MOTOR CO. November 17, 1941. Motion for leave to file petition for rehearing granted. Petition for rehearing denied.

No. 136. BADGER OIL CO. v. COMMISSIONER OF INTERNAL REVENUE. November 17, 1941.

No. 148. DUGAN v. ASHE, WARDEN. November 17, 1941.

No. 276. BROWN ET AL. v. FEDERAL LAND BANK OF LOUISVILLE. November 17, 1941.

No. 345. FENZEL, TRUSTEE, v. FENSTERWALD ET AL. November 17, 1941.

No. 169. LECHE v. UNITED STATES. November 17, 1941. The petition for rehearing is denied. MR. JUSTICE MURPHY and MR. JUSTICE JACKSON took no part in the consideration and decision of this application.

No. 123, October Term, 1940. MOON v. HOME LIFE INSURANCE CO. OF NEW YORK; and
No. 124, October Term, 1940. MOON v. MUTUAL HEALTH & ACCIDENT ASSN. November 24, 1941. The motion for leave to file a third petition for rehearing is denied. 311 U. S. 728.

No. —, original. EX PARTE J. L. STEWART. November 24, 1941.

No. —, original. LOUISIANA v. CUMMINS ET AL. November 24, 1941.